USMS
Screened

FILED
IN CLERKS OFFICE

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2024 JAN 29 PM 4: 21

# UNITED STATES DISTRICT COURT

for the

U.S. DISTRICT COURT
DISTRICT OF MASS.

District of Boston, Massachusetts

Civil Division

|  |  |
|---|---|
| Rev. Torli H. Krua <br> *Plaintiff(s)* <br><br> -v- <br><br> Mauricio L. Miller <br> CII-Alternative, Jesus Genera, CEO Family <br> Independence Initiative (FII)/ Uptogether, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Rev. Torli H. Krua |
| Street Address | 4C Wheatley Way |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massachusetts |
| Telephone Number | 857-249-9983 |
| E-mail Address | harlnkrua@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Mauricio L. Miller |
| Job or Title *(if known)* | |
| Street Address | 47 Glen Ave |
| City and County | Oakland |
| State and Zip Code | California, 91611 |
| Telephone Number | 510-333-1065 |
| E-mail Address *(if known)* | mauricio@mauriciomiller.org |

Defendant No. 2

| | |
|---|---|
| Name | Community Independence Initiative (CII) |
| Job or Title *(if known)* | |
| Street Address | 47 Glen Ave |
| City and County | Oakland |
| State and Zip Code | California, 91611 |
| Telephone Number | 510-333-1065 |
| E-mail Address *(if known)* | |

Defendant No. 3

# Jesús Gerena, CEO Uptogether

| | |
|---|---|
| Job or Title *(if known)* | 663 13th St Ste 200, Oakland, CA 94612 |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |

Page of 6

Job or Title *(if known)*        Attention: Finance Team PO Box 71363 . Oakland, CA 94611

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the          parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties    is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of     another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a          diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒   Federal question                ☒   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   Rev. Torli H. Krua                          , is a citizen of the State of *(name)*   Massachusetts                          .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*      Community Independence Initiative (CII)                , is incorporated

under the laws of the State of *(name)*      California                          ,

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

and has its principal place of business in the State of *(name)*

California                                              .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*    Mr. Mauricio L. Miller        , is a citizen of

the State of *(name)*    California            . Or is a citizen of

*(foreign nation)*                          .

b.    If the defendant is a corporation

The defendant, *(name)*    Community Independence Initiative    , is incorporated under
(CII)

the laws of the State of *(name)*        California        , and has its

principal place of business in the State of *(name)*    California            .

Or is incorporated under the laws of *(foreign nation)*                    ,

and has its principal place of business in *(name)*                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$150,000.00

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including    the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and    write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

In 2017, I invited Mr. Mauricio to my initiative I started in war-ravaged Liberia called Citizens Independence Initiative (CII). Mauricio came with a friend Tony Pipa and I provided transportation to go to the site of my work in Buchanan, Liberia. We met my customers at the New Testament Baptist Church in Buchanan. And Mauricio was excited to see what I was doing. Mr. Miller was excited to see the impact of my work. He asked me to promote his book, **The Alternative** in Boston and Internationally, I organized months of promotional activities at my cost, including LUNCH & LEARN promoting the book, **The Alternative** in Boston as well as Internationally in Liberia. In consideration for promoting his book, **The Alternative**, Mr. Miller and I agreed that he would assist me in raising funds for my Citizens Independence initiative (CII) in Liberia. Additionally, we agreed that Mr. Miller would also refer other internationals to work with me because he was only interested in working in the United States of America. He did refer me to Pastor Kwesi Jacob French in Ghana and a school teacher, Dickson Nkwabi in Tanzania. In 2018 Mr. Miller came to Boston and met with me at the Southend of Boston with some of my friends and asked me to give him data pertaining to my work so he can help me raise funds for my business. Mr. Miller started using my business data to enrich himself and promote himself secretly. He asked me to share more of my business plans and strategy and data with him. I gave Mr. Miller my strategy documents, videos and data which he secretly began using to set up a business for himself and his wife. A friend sent me information that FII, a Boston nonprofit, published information about my initiative in Liberia without mentioning my name, but rather attributing the work to Miller's Family Independence Initiative (FII), I reached out to Miller and inquired. He responded that he knew nothing about that and he was busy trying to raise money for my initiative. After I discovered his deception, through a CII website he published without mentioning my name I wrote to him to ask him to stop using my CII data. I also asked him to refund my expenses and include me in running the business. He refused. I complained to FII about their infringements. In 2023, I was informed that Miller won an award from my work he unlawfully took from me. Again I reached out to him but he instead blocked me and informed me to file a lawsuit. I am filing a lawsuit against Miller, CII-Alternative, and Jesus, FII / Uptogether.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. FII/Uptogether must retract all their publications claiming credit for my Community Independence Initiative CII-Liberia. FII/ Uptogether must pay the expenses incurred by Rev. Krua in CII-Liberia
2. The total amount of money Mr. Miller has earned through CII-Alternative and associated work and awards since his visit to Liberia and taking over CII-Liberia.
3. 50% of all of CII-Alternative & Miller's earnings since 2017 when he started his engagement with internationals using my data and strategy.
4. 50% of Miller's awards earned because of CII
5. A full refund of all my expenses incurred in establishing CII
6. 50 % of all future earnings of CII-Alternative and Mr. Miller's international engagements
7. Additional punitive damages as the Court deems as fair.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          January 29, 2024

Signature of Plaintiff

Printed Name of Plaintiff          Rev. Torli H. Krua, Pro Se

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address